# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AURORA THESSALY ADAMS, | Case No. 21-CV-1913 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| OFFICER JOHN DOE #1, OFFICER JOHN DOE #2, OFFICER JOHN DOE #3, OFFICER JOHN DOE #4, and OFFICER JOHN DOE #5, | |
| Defendants. | |

The Court has received the March 6, 2023 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 27.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 27) is ACCEPTED; and

2. The above-captioned matter is dismissed without prejudice for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 12, 2023								BY THE COURT:

									s/Nancy E. Brasel
									Nancy E. Brasel
									United States District Judge

2